**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **PIERRE STANCELL,** | : | Case No 13-60035 |
| | **SONJA STANCELL,** | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtors. | : | Judge John E. Hoffman |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

      Now comes Debtors PIERRE STANCELL and SONJA STANCELL by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtors:

PIERRE STANCELL & SONJA STANCELL
2367 Kings Cross Court
Columbus, Ohio 43229

Respectfully submitted,

Dated: 28 August 2015

/s/ Mark Albert Herder
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com