**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | **PIERRE D. STANCELL,** | : | Case No. 13-60035 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now comes Debtor PIERRE D. STANCELL by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtor:

PIERRE D. STANCELL
6595 Guinevere Drive
Columbus, OH 43229

Respectfully submitted,

Dated: 14 September 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com